**JODI D. THORP**
California State Bar No. 223663
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
jodi_thorp@fd.org

Attorneys for Ms. Aispuro

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**GUADALUPE AISPURO**,<br>Defendant. | Case No. 07mj8855<br><br>PROOF OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney's**
efile.dkt.gc1@usdoj.gov

Dated: November 2, 2007

*s/ Jodi D. Thorp*
**JODI D. THORP**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: jodi_thorp@fd.org