FILED
NOV 15 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [initials] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GUADALUPE AISPURO,<br>Defendant. | Criminal Case No. 07CR3133-JLS<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about October 17, 2007, within the Southern District of California, defendant GUADALUPE AISPURO, did knowingly and intentionally import approximately 28.32 kilograms (approximately 62.30 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: November 15, 2007 .

KAREN P. HEWITT
United States Attorney

[signature]
AARON B. CLARK
Assistant U.S. Attorney

ABC:drh: Imperial
11/15/07