FEDERAL DEFENDERS OF SAN DIEGO, INC.

The Federal Community Defender Organization for the Southern District of California

FILED
NOV 21 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

November 1, 2007

Re: **USA v Guadalupe AISPURO 07MJ8855**

Dear Judge Lewis,

We, the sureties on the bond of Mr. Guadalupe Aispuro, agree to the court's modification of his bond conditions allowing him to travel for visit purpose only to the Central District in the state of California.

We understand that this changes the terms of the agreement that we signed and we agree to continue to act a sureties on the bond with the changed conditions.

Lazaro Aispuro

Pablo Gomez

NBC Building
225 Broadway
Suite 900
San Diego,
California
92101-5008
(619) 234-8467
FAX (619) 687-2666