**JODI DENISE THORP**
California State Bar No. 223667
427 "C" Street, Suite 300
San Diego, California 92101
Telephone: (619) 233-3169
Fax: (619) 684-3569
email: jodithorp@thorplawoffice.com

Counsel for Mr. Aispuro

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SANMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUADALUPE AISPURO<br><br>Defendant. | Case No. 07CR3133-JLS<br><br>DATE: February 1, 2008<br>TIME: 1:30 p.m.<br><br>NOTICE OF MOTIONS AND MOTIONS TO:<br><br>1) COMPEL/PRESERVE DISCOVERY; and<br>2) GRANT LEAVE TO FILE FURTHER MOTIONS |

TO: CAROL C. LAM, UNITED STATES ATTORNEY; AND
CARLOS ARGUELLO, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that, on February 1, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, the defendant, Guadalupe Aispuro, by and through his counsel, Jodi Denise Thorp, will ask this Court to enter an order granting the motions listed below.

**MOTIONS**

Guadalupe Aispuro, the defendant in this case, by and through his counsel, Jodi Denise Thorp, pursuant to the Amendments to the United States Constitution, Fed. R. Crim. P., and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

/ /

/ /

(1) Compel/Preserve Discovery; and

(2) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

DATED: January 14, 2008

/s/ Jodi Denise Thorp
**JODI DENISE THORP**
Attorneys for Mr. Aispuro