**JODI DENISE THORP**
California State Bar No. 223667
427 "C" Street, Suite 300
San Diego, California 92101
Telephone: (619) 233-3169
Fax: (619) 684-3569
email: jodithorp@thorplawoffice.com

Counsel for Mr. Aispuro

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SANMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GUADALUPE AISPURO<br>Defendant. | ) | Case No. 07CR3133-JLS<br>DATE: February 1, 2008<br>TIME: 1:30 p.m.<br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorney CR
Efile.dkt.gc2@usdoj.gov

DATED: January 14, 2008

/s/ Jodi D. Thorp
JODI D. THORP
Attorneys for Mr. Aispuro