**United States v. Guadalupe Aispuro**
**07cr3133-JLS**

Exhibit A. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Partial Grand Jury Transcript

Exhibit B. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Grand Jury Transcript