**JODI DENISE THORP**
California State Bar No. 223667
427 "C" Street, Suite 300
San Diego, California 92101
Telephone: (619) 233-3169
Fax: (619) 223-3569
email: jodithorp@thorplawoffice.com

Attorneys for Mr. Aispuro

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SANMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GUADLAUPE AISPURO,<br>Defendant. | CASE NO. 07CR3133-JLS<br>DATE: February 1, 2008<br>TIME: 1:30 p.m.<br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Carlos Arguello, Assistant Untied States Attorney
Carlos.Arguello2@usdoj.gov,Jacquelyn.Mason2@usdoj.gov,Efile.dkt.gc1@usdoj.gov

DATED: January 17, 2008

/s/ Jodi D. Thorp
JODI D. THORP
Attorneys for Ms. Cornell Jones