# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GUADALUPE AISPURO (1),

Defendant.

CASE NO. 2007CR3133-JLS

## JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

X an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_ the Court has dismissed the case for unnecessary delay; or

_ the Court has granted the motion of the Government for dismissal; or

_ the Court has granted the motion of the defendant for a judgment of acquittal; or

_ a jury has been waived, and the Court has found the defendant not guilty; or

_ the jury has returned its verdict, finding the defendant not guilty;

X of the offense(s) of: 21 USC §§952, 960 - IMPORTATION OF MARIJUANA .

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: FEBRUARY 1, 2008

Janis L. Sammartino

JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE

ENTERED ON 2/11/08